**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE SCHOOP,

    Plaintiff,                 No. C 13-80095 JSW

  v.

COMMISSIONER OF INTERNAL        **ORDER**
REVENUE SERVICE and UNITED STATES,

    Defendants.
_____/

    The action entitled "Miscellaneous Civil Action – Motion to Quash Summons" is improperly filed as a miscellaneous action. Counsel are HEREBY ORDERED to re-file the request as a proper civil action.

**IT IS SO ORDERED.**

Dated: May 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:13-mc-80095-JSW Document3 Filed05/10/13 Page2 of 2