**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE SCHOOP,

      Plaintiff,                          No. C 13-80095 JSW

  v.

COMMISSIONER OF INTERNAL           **ORDER**
REVENUE SERVICE and UNITED STATES,

      Defendants.

_____/

     The action entitled "Miscellaneous Civil Action – Motion to Quash Summons" is

improperly filed as a miscellaneous action.  Counsel are HEREBY ORDERED to re-file the

request as a proper civil action.

     **IT IS SO ORDERED.**

Dated:  May 10, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE